UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 20-10043-DPW |
| ) | |
| WAGNER PIMENTEL SOTO ) | |

## MOTION TO WITHDRAW

Now comes counsel for the defendant, Wagner Emilio Pimentel Soto, and respectfully moves this Honorable Court to permit him to withdraw on the grounds that the defendant has lost confidence in him and prefers new counsel.

Respectfully submitted,
By his attorney,

/s/ Robert L. Sheketoff
Robert L. Sheketoff
One McKinley Sq.
Boston, MA  02109
(617) 367-3449
BBO # 457340

## CERTIFICATE OF SERVICE

I hereby certify that I am counsel for the defendant and have caused a copy of this pleading to be served electronically through the ECF system to all parties herein this 9th day of April, 2020, and that I mailed the defendant a copy of this motion by first class mail on said date.

/s/ Robert Sheketoff
Robert Sheketoff

\