**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CRIMINAL NO. 20-cr-10043-DPW** |
| **WAGNER EMILIO PIMENTEL SOTO,** ) | |
| ) | |
| **Defendant.** ) | |

### PROPOSED ORDER ON WAGNER PIMENTEL SOTO'S RENEWED MOTION FOR RELEASE FROM CUSTODY

Defendant, Wagner Emilio Pimentel Soto, hereby PROPOSES the following conditions of release:

1. that he be conditionally released to home detention at his family home with his wife Johanna Peguero and their three children Noeila, Wandel and Wasley;

2. that be be fitted with a GPS monitoring device;

3. that he be assigned and relegated primarily to a separate bedroom not to be shared with anyone else, including his spouse;

4. that he be permitted to leave his residence only for medical appointments approved by the Court and for mandatory court appearances;

5. that his wife Johanna provide all the necessary home healthcare needed by Mr. Pimentel Soto;

Respectfully submitted,

1

**WAGNER EMILIO PIMENTEL SOTO**
By His Attorney,


/s/ John Benzan
John Benzan, Esquire
Law Office of John Benzan
P.O. Box 620667
Newton Lower Falls, MA 02462
Tel: 617-723-7723


**CERTIFICATE OF SERVICE**

I, John Benzan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 18, 2020.


/s/ John Benzan
John Benzan

-